# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-89
LT Case No. 2018-CA-3412

_____

CHARLES BERRY,

    Appellant,

    v.

PUBLIX SUPERMARKETS, INC.,
#644, A FLORIDA PROFIT
CORPORATION, BEACH KERNAN
INVESTMENTS, LLC., A FLORIDA
LIMITED LIABILITY COMPANY,
AND PROPERTY MANAGEMENT
SUPPORT, INC., ETC.,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Michael S. Sharrit, Judge.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Diane G. Dewolf and Nancy M. Wallace, of Akerman, LLP,
Tallahassee, for Appellee, Publix Supermarkets, Inc.

Hinda Klein, of Conroy Simberg, Hollywood, for Appellees, Beach
Kernan Investments, LLC and Property Management Support,
Inc.

January 9, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., MAKAR, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____